1 | Lisa Barnett Sween (SBN 191155)
Amelia Sanchez-Moran (SBN 281219)
2 | JACKSON LEWIS P.C.
50 California Street, 9th Floor
3 | San Francisco, CA 94111
Telephone 415.394.9400
4 | Facsimile: 415.394.9401
E-mail: Lisa.Sween@jacksonlewis.com
5 | Amelia.Sanchez-Moran@jacksonlewis.com

6 | Attorneys for Defendants
AMERICAN RED CROSS

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS NOMBRE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN NATIONAL RED CROSS, dba AMERICAN RED CROSS; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00793-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

[ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)

[X] Mediation (ADR L.R. 6)

[ ] Private Mediation (specific process and provider)

1

The parties agree to hold the ADR session by:

[X] the presumptive deadline (90 days from the date of the order referring the case to ADR, unless otherwise ordered.)

[ ] other requested deadline

Dated: May 3, 2018                                         JACKSON LEWIS P.C.

By: /s/ Amelia Sanchez-Moran
Lisa Barnett Sween
Amelia Sanchez-Moran
Attorneys for Defendant
AMERICAN RED CROSS

Dated: May 3, 2018                                         LIBERATION LAW GROUP, P.C.

By: /s/ Daniel P. Iannitelli
Arlo Garcia Uriarte
Daniel P. Iannitelli
Attorneys for Plaintiff
FRANCIS NOMBRE

[ X ] IT IS SO ORDERED

[   ] IT IS SO ORDERED WITH MODIFICATIONS

Date: May 3, 2018                                         _____
                                                          U.S. DISTRICT/MAGISTRATE JUDGE

4832-0201-6868, v. 1

2
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.3:18-cv-00793-JST